UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                                                              Chapter 7

VERTEX FAB & DESIGN, LLC,                    Case No. 15-11803-JNF

Debtor.

NOTICE OF INTENDED PRIVATE SALE OF PROPERTY,
SOLICITATION OF COUNTEROFFERS,
DEADLINE FOR SUBMITTING OBJECTIONS AND HIGHER OFFERS
AND HEARING DATE

_____      IS THE DATE OF THE HEARING ON THE PROPOSED SALE

_____      IS THE DATE BY WHICH OBJECTIONS OR COUNTEROFFERS MUST BE MADE

**NOTICE IS HEREBY GIVEN,** pursuant to 11 U.S.C. § 363, Fed. R. Bankr. P. 2002(a)(2) and 6004, and MLBR 2002-5 and 6004-1(c), that Donald Lassman, the duly appointed Chapter 7 trustee (the "Trustee") of the bankruptcy estate of Vertex Fab & Design, LLC (the "Debtor"), intends to sell at private sale all of the bankruptcy estate's right, title and interest in the following described property of the estate.

**PROPERTY TO BE SOLD:**

The bankruptcy estate's interest in personal property located at 29 Abbey Lane, Middleboro, Massachusetts (the "Premises"), including but not limited to, machinery, equipment, overhead cranes and vehicles, all of which are generally set forth in Exhibit A (the "Assets") to the Asset Purchase Agreement, which is attached hereto as Exhibit 1, but excluding the personal property that was the subject of a Notice of Abandonment filed with the Bankruptcy Court on June 23, 2015. The Proposed Buyer (as defined herein) has conducted due diligence on the Assets and acknowledges that Exhibit A may not be a complete or wholly accurate list of the Assets.

**THE OFFER:**

The Trustee has entered into an Asset Purchase Agreement (Exhibit 1) with the Proposed Buyer, under which the Trustee intends to sell the Assets to the Proposed Buyer for (i) an initial payment of $207,000.00, plus (ii) payment to the Trustee of 95% of the proceeds in excess of $207,000.00 received by the Proposed Buyer from its public auction of the Assets and after reimbursement of the Proposed Buyer's actual advertising and personnel expenses[1] related to the auction (collectively, the "Purchase Price").

---

[1] Not to exceed $20,000.00.

**THE PROPOSED BUYER:**

The proposed buyer is Heath Industrial Appraisal Services, Inc., an Illinois corporation (the "Proposed Buyer"). There is no relationship between the Proposed Buyer and the Trustee.

**THE SALE DATE:**

The sale shall take place on or before the fifth day after the entry of an order of the Bankruptcy Court approving the sale. The Proposed Buyer mailed a deposit in the sum of FORTY THOUSAND and 00/100 dollars ($40,000.00) to the Trustee on July 31, 2015. The terms of the proposed sale are more particularly described in the Chapter 7 Trustee's Motion for Order Authorizing and Approving Private Sale of Certain Property of the Bankruptcy Estate Free and Clear of All Liens, Claims and Encumbrances (the "Motion to Approve Sale") filed with the Court on July 31, 2015 and the Asset Purchase Agreement dated July 30, 2015.

**SALE FREE AND CLEAR OF LIENS:**

The Assets will be sold free and clear of all liens, claims, encumbrances and other interests. Any perfected, enforceable valid liens, claims or encumbrances shall attach to the proceeds of the sale according to priorities established under applicable law.

**"AS IS" AND "WHERE IS":**

The Assets are being sold "AS IS" AND "WHERE IS" without any representations or warranties.

**COUNTEROFFERS OR OBJECTIONS:**

Any objections to the sale and/or higher offers must be filed in writing with the Clerk, United States Bankruptcy Court for the District of Massachusetts, John W. McCormack Post Office and Courthouse, 5 Post Office Square, Boston, Massachusetts 02109 on or before _____, **2015 at 4:30 p.m.** (the "Objection Deadline"). A copy of any objection and/or higher offer also shall be served upon the undersigned. Any objection to the sale must state with particularity the grounds for the objection and why the intended sale should not be authorized. Any objection to the sale shall be governed by Fed. R. Bankr. P. 9014.

**Through this Notice, higher offers for the Assets are hereby solicited. A higher offer must exceed the Purchase Price by at least $10,350.00 and be accompanied by a CASH DEPOSIT IN THE AMOUNT OF $40,000.00 in the form of a certified or bank check made payable to "Donald Lassman, Chapter 7 Trustee." Higher offers shall be subject to the same terms and conditions set forth in the Purchase and Sale Agreement, other than the purchase price.**

**HEARING:**

A hearing on the Motion to Approve Sale, and any objections or higher offers, is scheduled to take place on _____ before the Honorable Joan Feeney, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Massachusetts, John W. McCormack Post Office and Courthouse, 5 Post Office Square, Boston, Massachusetts 02109, in Courtroom ___. Any party that has filed an objection or higher offer is expected to be present at the hearing, failing which the objection may be overruled or the higher offer stricken. The Court may take evidence at any hearing on approval of the sale to resolve issues of fact. If no objection to the Motion to Approve Sale or higher offer is timely filed, the Court, in its discretion, may cancel the scheduled hearing and approve the sale without hearing.

At the hearing on the sale the Court may (1) consider any requests to strike a higher offer, (2) determine further terms and conditions of the sale, (3) determine the requirements for further competitive bidding, and (4) require one or more rounds of sealed or open bids from the original offeror and any other qualifying offeror.

**DEPOSIT:**

The deposit will be forfeited to the estate if the successful purchaser fails to complete the sale by the date ordered by the Court. If the sale is not completed by the buyer approved by the Bankruptcy Court, the Trustee, without further hearing, may sell the Assets to the next highest bidder.

Any questions concerning the intended sale shall be addressed to the undersigned.

Respectfully submitted,

DONALD LASSMAN, CHAPTER 7 TRUSTEE
OF THE ESTATE OF VERTEX FAB & DESIGN, LLC,

By his attorneys,

/s/ Ashley S. Whyman
Mark G. DeGiacomo, Esq. BBO #118170
Ashley S. Whyman, Esq. BBO #670507
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000 Telephone
617-482-3868 Facsimile
mdegiacomo@murthalaw.com
awhyman@murthalaw.com

Dated: _____, 2015

3

6262814v1

**EXHIBIT 1**

## ASSET PURCHASE AGREEMENT

This Agreement ("Agreement"), dated July 30, 2015, is entered into by and between Heath Industrial Appraisal Services, Inc., an Illinois corporation ("Buyer"), and Donald Lassman ("Seller"), the Chapter 7 trustee of the bankruptcy estate of Vertex Fab & Design, LLC, Case No. 15-11803-JNF (the "Bankruptcy Estate").

In consideration of the agreements contained herein and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto agree as follows:

1. **ASSETS.** The word "Assets" in this Agreement is defined to include all of the Bankruptcy Estate's interest in personal property located at 29 Abbey Lane, Middleboro, Massachusetts (the "Premises"), including but not limited to, machinery, equipment, overhead cranes and vehicle, set forth in attached **Exhibit A**, but excluding the personal property that was the subject of a Notice of Abandonment filed with the Bankruptcy Court on June 23, 2015. The Buyer acknowledges that it has conducted due diligence on the Assets and that **Exhibit A** may not be a complete or wholly accurate list of the Assets.

2. **PURCHASE AND SALE OF ASSETS.** Buyer will purchase from Seller and Seller will sell and transfer the Assets to Buyer, its successors and assigns free and clear of any liens, claims and encumbrances pursuant to the terms of this Agreement. Buyer will subsequently conduct a webcast auction sale (the "Auction") of the Assets from the Premises pursuant to the terms of this Agreement.

3. **PURCHASE PRICE AND AUCTION PROCEEDS.**

   a) In consideration for the sale and transfer of the Assets, Buyer agrees to pay to Seller, as an initial installment payment towards to total purchase price, the sum of **$207,000.00** (the "Initial Installment").

   b) The remaining amount of the purchase price will be calculated as follows: Buyer will retain the (i) first $207,000.00 from the gross proceeds of the Auction, and (ii) an amount up to $20,000.00 of the next $20,000.00 in proceeds for reimbursement of the Buyer's actual advertising and personnel expenses related to the Auction (the "Allowed Expenses") and Buyer will provide the Seller with sufficient evidence of the Allowed Expenses. Auction proceeds in excess of $207,000.00 and the Buyer's Allowed Expenses shall be split between the Buyer **(5%)** and the Seller **(95%, the "Seller's Share")**. The Seller's Share shall be paid within five days of the receipt of good funds from purchasers of the Assets by Buyer. Buyer shall provide Seller with verification of all sales of the Assets. Buyer will charge and retain an industry standard buyer's premium on all sale proceeds.

4. **DEPOSIT.** The Buyer has paid to the Seller the amount of $40,000.00 as a deposit (the "Deposit"). The Seller will hold the Deposit pending Bankruptcy Court approval of the sale of

the Assets to the Buyer. The balance of the Initial Installment shall be paid (via wire transfer or as designated by Seller) on or before the fifth day after the entry of an order of the Bankruptcy Court approving the sale. In the event that the Bankruptcy Court enters an order allowing the sale of the Assets to a party other than the Buyer, the Seller shall refund the Deposit to the Buyer within ten (10) business days of that order.

5.    **BILL OF SALE.** Seller will execute and deliver to Buyer a Bill of Sale for the Assets in a form reasonably acceptable to Buyer at the time that the Initial Installment is paid by Buyer.

6.    **BANKRUPTCY COURT APPROVAL.** The obligations of the Seller to sell and transfer the Assets to the Buyer, and obligations of the Buyer to purchase the same, are expressly conditioned upon the approval of the Bankruptcy Court of the Chapter 7 Trustee's Motion for Order Authorizing and Approving Public Sale of Property of the Estate Free and Clear of all Liens, Claims and Encumbrances (the "Motion to Sell"). The Buyer is aware that the Seller is required to provide advance notice of the Motion to Sell to all of the Bankruptcy Estate's creditors and any other interested parties the Trustee so chooses, who may in turn object to this proposed sale or submit higher offers for the Assets. The Buyer understands that in the event the Trustee receives one or more high offers for the Property, a sealed bid auction, live auction, or a combination of the two, will be conducted at the Bankruptcy Court.

7.    **USE OF PREMISES.** After the entry of the order approving the Trustee's Motion to Sell, the Buyer will have free and unrestricted access to the Premises between 9:00 a.m. and 5:00 p.m. ("Normal Business Hours") for up to five consecutive days to prepare the Assets for Auction. Buyer will have free and unrestricted access to the Premises during Normal Business Hours for the day before the Auction, the day of the Auction and for up to fourteen days after the Auction for removal. Buyer will at all times remain in Bays 1 and 2 of the Premises and not interfere with the operation of the business of the tenant in Bay 3.

8.    **AUCTION DATE.** The Auction shall take place on or before the 45th day after the order of the Bankruptcy Court approving the Motion to Sell in entered. Any Assets remaining on the Premises after the Auction shall be the responsibility of the Buyer to remove or otherwise arrange for their disposal. All Assets shall be removed from the Premises within 15 days after the Auction is conducted.

9.    **CONDUCT OF SALE/BIDDER REGISTRATION APPROVAL.** Buyer shall endeavor to secure the highest amount obtainable for the Assets at the Auction. However, Buyer makes no representation concerning the value of the Assets or the prices obtainable. Seller acknowledges it is not relying upon any appraisal or any evaluation of the Assets previously submitted by Buyer to Seller, either verbally or in writing. In the event of any defaults in payment prior to delivery of any Assets from Buyer's auction or otherwise, Buyer shall, at Buyer's option, have the right to cancel the sales of specific Assets and resell such Assets as Buyer deems reasonable and the provisions of paragraph 3(b) above apply to any such sale of the Assets. Buyer in its sole discretion shall approve bidders to participate in Buyer's auction without any liability from Seller as to purchaser's payment performance.



2

6214708v1

10. **REMOVAL OF ASSETS.** Buyer agrees that removal of the Assets from the Premises will be conducted in a workmanlike manner, consistent with good industrial practice. Any Assets requiring disassembling and moving will be done at the expense of the purchaser from the Buyer who shall provide a commercial general liability (combined single limit per occurrence) certificate of insurance naming the Seller and Buyer as additional insured in a minimum amount of $1,000,000.00. Buyer will not be responsible for the removal of any pre-existing hazardous materials or fluids, or for the filling or repair of any existing machinery pits.

11. **REPRESENTATIONS AND WARRANTIES.** The Assets will be sold "AS IS" and "WHERE IS" without any representations or warranties.

12. **INSURANCE/INDEMNIFICATION.** Buyer will name Seller as additional insured or loss payee under its blanket commercial general liability insurance policy. Buyer agrees to indemnify Seller for any loss, damage or destruction of the Assets or the Premises caused by Buyer's willful misconduct.

13. **BUYER'S DEFAULT.** If Buyer shall fail to fulfill its obligations hereunder, the Seller shall retain the Deposit as liquidated damages and this shall be the Seller's sole and exclusive remedy in both equity and law.

14. **NONRECOURSE.** Seller is executing this Agreement in a fiduciary capacity, and therefore only the Bankruptcy Estate shall be bound, and the Seller shall not be personally liable for any obligation, express or implied, hereunder.

15. **ENTIRE AGREEMENT.** This Agreement sets forth the entire agreement between the parties and supersedes all prior agreements and understandings, written or oral, and may be modified or amended only by a written instrument executed by both parties. This Agreement shall be construed in accordance with the laws of the Commonwealth of Massachusetts and Title 11 of the United States Code.

16. **EXECUTION IN COUNTERPARTS.** For the convenience of the parties and to facilitate execution, this Agreement may be executed in counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same document.

**IN WITNESS WHEREOF**, each party to this Agreement has caused it to be executed on the date indicated below, intending it to be legally bound by the terms and conditions hereof.

BUYER

_[signature]_

Stephen Stabiner, Director of Auction Services
Heath Industrial Appraisal Services, Inc.

Date: July 30, 2015

3

6214708v1

SELLER

_____, Chapter 7 Trustee
Donald Lassman, Chapter 7 Trustee of the
Bankruptcy Estate of Vertex Fab & Design, LLC

Date: 30 July 2015

Exhibit A

VFD Equipment Inventory 1/01/2014

| Make | Model | Serial # | Description | Depreciated Value |
|---|---|---|---|---|
| CK Turbo Sharp V | Model V | 900.2724 | Tungston sharpner | $ 800 |
| Hydro Test | 500-304 | 05G867 | | $ 793 |
| Hydro Test | 500-304 | 07B584 | | $ 793 |
| Thermal Arc | Pak 40 | | Plasma Cutter | $ 183 |
| Miller | Syncrowave 350 | KA754739 | Tig Welder | $ 1,220 |
| Lincoln | Precision 375 | U1060815645 | Tig Welder | $ 3,659 |
| Lincoln | Precision 375 | U1061107205 | Tig Welder | $ 3,659 |
| Miller | Syncrowave 300 | | Tig Welder | $ 427 |
| Lincoln | Powerwave 455M | U1061203092 | Mig Welder | $ 3,659 |
| Lincoln | Powerwave 455M | U1070100570 | Mig Welder | $ 3,659 |
| Kaesor | | 1210 | Compressor | $ 12,195 |
| Kaesor | | 1209 | Compressor | $ 12,195 |
| Air Tec | | SC/CT80 | Air Dryer | $ 4,268 |
| Jet | PTX2748 | 140093 | Pallet Jack | $ 122 |
| Wilton | 4202A | 7040711 | Belt Sander | $ 366 |
| Jet | JBG 8A | 6030426 | 8" Bench Grinder | $ 244 |
| Wright | | | Crane - 6 Ton Cap 50' Span w/ Electric Hoist & Pendant Control | $ 4,268 |
| Lo-Hed | | | Crane 10 Ton Cap 50' Span Electronic Hoist & Pendant Control | $ 5,488 |
| Federal Pacific | 480V to 240V | | Step Down Transformer | $ 2,600 |
| Federal Pacific | 480V to 240V | | Step Down Transformer | $ 2,600 |
| Cincinnati | Series 13 | 40845 | Press Brake - 12' - 400 Ton | $ 24,390 |
| Bertsch | | N/A | Diameter Rolls - 6' X 6 1/2" | $ 4,268 |
| Reed | 48" x 4" top roll | 11 | Plate Rolls | $ 1,220 |
| Bertsch | | 10321 | Initial Pinch Rolls 10"x18" Diameter 1-21/64 x 10" | $ 36,585 |
| Bertsch | 10724 | AR60 | Angle Rolls - 6" X 6" X 5/8" | $ 18,293 |
| Pexto | | N/A | Pinch Rolls - 18" | $ 609 |
| Bertsch | M10560 | | Initial Pinch Rolls - 8' X 10' | $ 16,463 |
| Ultra Arc | VA 1800 | 171629101997 | Stud Welder | $ 732 |
| Bertsch | | 6708 | Top Roll Plate Roller - 44" x 12" | $ 4,268 |
| Southwark | 100T | 31875 | Horizontal Bulldozer | $ 1,829 |
| Cinncinnati | 2510   129" x 3/8" | 36395 | Shear | $ 14,634 |
| Miller | Travel Master | KF915749 | Seam Welder | $ 3,049 |
| Air King | M-350 | 1178 | Smoke Eater | $ 244 |
| Miller | Syncrowave 250 | KD405456 | Tig Welder | $ 549 |
| Heck | FIM-V20 | 200342 | Plate Beveler | $ 3,354 |
| TRW | 100 | 2030 | Stud Welder Series 4900 | $ 366 |
| ????? | | | Rack w/Brake Dies (200) | $ 3,050 |
| Ridgid | 535 | 385046 | Pipe Threader | $ 610 |
| Cincinnati | | 34947 | Press Brake - 14' - 225 Ton | $ 24,390 |
| Do-All | DBW15 | 290-744525 | Vertical Band Saw | $ 2,012 |
| Do-All | 3612-3 | 153-741189 | Vertical Band Saw | $ 2,012 |
| Miller | MDL S810 | KF915749 | Side Beam Welder | $ 3,049 |
| Cincinnati | 4312 | 25673 | Mechanical Shear - 12' X 1/2" | $ 14,634 |
| Peddinghaus | 225/25 | 18 | Punch Press | $ 2,195 |
| HyperTherm | Power Max 1600 | | Plasma Cutter | $ 8,000 |
| HyperTherm | Power Max 1000 | 1000-033617 | Plasma Cutter | $ 1,220 |
| Whitney | 609250 | 609-250-26114 | Hydraulic Angle Shear w/Conveyor - 45 Ton | $ 3,415 |
| Pro-Weld | CD 312 | 322-1206-801 | Stud Welder | $ 732 |
| Lincoln | DC 600 | U1010201766 | Mig Welder | $ 579 |
| Lincoln | DC 600 | U1010701751 | Mig Welder | $ 579 |
| Lincoln | DC 600 | U1020701748 | Mig Welder | $ 579 |
| Lincoln | DC 600 | U1010701753 | Mig Welder | $ 579 |
| Carborvador | | 69010 | Belt Sander - Carbon 2-Head | $ 122 |
| Lincoln | PowerWave 455M | V1061203091 | Mig Welder | $ 3,659 |
| Lincoln | PowerWave 455M | V1061012724 | Mig Welder | $ 3,659 |
| Lincoln | PowerWave 455M | V1061112176 | Mig Welder | $ 3,659 |
| Lincoln | PowerWave 455M | V1070311691 | Mig Welder | $ 3,659 |
| Lincoln | PowerWave 455M | V1061203090 | Mig Welder | $ 3,659 |
| Lincoln | PowerWave 455M | V1061201285 | Mig Welder | $ 3,659 |
| Lincoln | PowerWave 455M | V1061205523 | Mig Welder | $ 3,659 |
| Lincoln | PowerWave 455M | V1061205520 | Mig Welder | $ 3,659 |
| Clausing | | 503287 | 15" Drill Press | $ 244 |
| Westward | | 100800010 | Welding Positioners | $ 750 |
| Westward | | 10080008 | Welding Positioners | $ 750 |
| Delta | | P9248 | 10" Bench Grinder | $ 61 |
| Weldwire | | 10655521/22/23/24 | Turning Rolls w/ 3 Idlers | $ 19,817 |
| Pandjiris | | 800-4512-2 | Turning and Idler Rolls - 8000lbs Cap | $ 7,927 |
| Pandjiiis | | 800-4840-28 | Turning Rolls w/ idler - 6,000 lbs. Cap | $ 5,488 |
| Lo-Hed | | | Crane - 10 Ton - 50' Span - Electronic Hoist & Pendant Control | $ 5,488 |

VFD Equipment Inventory 1/01/2014

| Make | Model | Serial # | Description | Depreciated Value |
|---|---|---|---|---|
| Lo-Hed | 10 Ton | | Crane | $ 5,488 |
| Hotsy | 1300 psi | 11090330-160128 | Power Washer | $ 1,600 |
| Hotsy | 1300 psi | 11090330-167320 | Power Washer | $ 1,600 |
| Lincoln | Ranger 10,000 | U104041004125 | Gas Welder | $ 732 |
| Blackhawk | PD22-12 | 56002 | Drill Press - Floor Type - 20" | $ 427 |
| Whitney | | 606158 | Angle Cutter 2" X 2" X 1/4" Max | $ 3,354 |
| Webb | | 9311 | Turning Rolls w/Idler | $ 5,488 |
| Power America | 3000 psi | 108781 | Pressure Washer | $ 2,300 |
| Wright | | | Crane - 6 Ton | $ 4,268 |
| HydroTest | | 5687 | Pressure Tester | $ 1,220 |
| Armstrong Blum | | 88944 | Band Saw | $ 610 |
| Rolald | TUM-35 | N/A | Lathe | $ 610 |
| Rockwell | Delta 28-464 | 1432420 | Band Saw | $ 366 |
| Cincinnati | 1006 | 16791 | Shear  72" x 1/8" | $ 4,573 |
| Walker Turner | | 1311372-375 | Drill Press - 4 Head | $ 610 |
| Lincoln | | U1040400493 | Suitcase Wire Feeder | $ 1,158 |
| Dayton | | 26468 | Pallet Jack | $ 122 |
| SecurAll | V1110 | | Fireproof Cabinet 120gal | $ 610 |
| SecurAll | V1110 | | Fireproof Cabinet 120gal | $ 610 |
| SecurAll | A190 | | Fireproof Cabinet 90gal | $ 610 |
| SecurAll | A190 | | Fireproof Cabinet 90gal | $ 610 |
| Steel Max | | 2802B-54656 | Circular Saw | $ 244 |
| Steel Max | | 0BB444 | Circular Saw | $ 244 |
| Omega | | 16900 | Hanging Scale | $ 2,439 |
| Bugo | GPF3240-HS | 9708-3805 | Plasma Cutters | $ 610 |
| Bugo | GPF3240-HS | 9705-3806 | Plasma Cutters | $ 610 |
| Hougen | | | Core Drill - Heavy Duty | $ 125 |
| Hougen | | | Core Drill - Heavy Duty | $ 125 |
| Hougen | | | Core Drill - Heavy Duty | $ 125 |
| H & M | Model 2 | 93919C12 | Pipe Beveler Cutter | $ 2,400 |
| Veeco | MS40 | 00446B | Leak Detector | $ 9,146 |
| Varian | SD-2500 | 228627 | Leak Detector | $ 1,159 |
| Varian | 956 Porta-Test II | | Leak Detector w/Pump and Cart | $ 6,000 |
| Snap on | YE250-FU | 7213 | Torque Wrench | $ 339 |
| Snap on | TQFR-100 | 38038 | Torque Wrench | $ 319 |
| Snap on | | 4866 | Torque Wrench 1/2" | $ 359 |
| Snap on | | 5001 | Torque Wrench 3/8" | $ 319 |
| | Vernier Type | 10-805-0 | Micrometer 1 inch | $ 223 |
| | Vernier Type | 436-3 | Micrometer 2-3 inch | $ 227 |
| | Vernier Type | 436-4 | Mircometer 3-4 inch | $ 256 |
| | Vernier Type | 436-5 | Micrometer 4-5 inch | $ 236 |
| | Vernier Type | 436-6 | Micrometer 5-6 inch | $ 251 |
| | Vernier Type | 436-7 | Micrometer 6-7 inch | $ 267 |
| | Vernier Type | 436-8 | Micrometer 7-8 inch | $ 303 |
| | Vernier Type | 436-9 | Micrometer 8-9 inch | $ 336 |
| | Vernier Type | 436-10 | Micrometer 9-10 inch | $ 350 |
| | Vernier Type | 436-11 | Micrometer 10-11 inch | $ 366 |
| | Vernier Type | 436-12 | Micrometer 11-12 inch | $ 386 |
| | Pressure Gage | ETP-12 | Pressure Gauge 0-60 PSI | $ 125 |
| | 52-125-006 | 162 | Dial Indicator | $ 497 |
| | Caliper | | Caliper 24 inch | $ 148 |
| | Caliper | | Caliper 40 inch | $ 168 |
| | Clamp meter | SPR-300 | Dave ( Mass Tank ) | $ 75 |
| | Clamp meter | 22-161A | Dave ( Mass Tank ) | $ 120 |
| | Digital Multimeter | 20200001 | Dave ( Mass Tank ) | $ 300 |
| | | | Mag Particle Tester | $ 228 |
| | | | 12" Vernier | $ 366 |
| | | | 60" Vernier | $ 2,421 |
| | | | Height Gauge | $ 1,920 |
| | | | Granite Table    6' X 6' | $ 3,500 |
| Peddinghaus | 225B/80 | GJ171 | Punch Press - 16 | $ 2,439 |
| Stone | M160 | 1014 | Abrasive Cut-Off Saw - Type M - 160 24" Cap 15 HP W/ Conveyors | $ 3,049 |
| Wright | | N/A | Crane - 3 Ton - 50' Span - Electronic Hoist & Pendant Control | $ 4,268 |
| ?????????? | | N/A | Crane - 6 Ton | $ 4,268 |
| Bertsch | | 7427 | Ring Mill 18" Ring 15/16" x 18 " (1946) 6" tops 9 " bottom | $ 7,927 |
| Pexto | 24" x 2" | N/A | Top Roll Plate Roller | $ 610 |
| ?????????? | | | Hydraulic Pipe Bender 2" Cap | $ 610 |
| Pandjiris | | | Small Turning Rollers | $ 2,439 |
| Steel Max | Model S14   2005 | None | Cut off Saw | $ 550 |
| Proto | Soket set | 3/4 Drive 7/8 1 1/2 | Socket Set | $ 230 |

VFD Equipment Inventory 1/01/2014

| Make | Model | Serial # | Description | Depreciated Value |
|---|---|---|---|---|
| Lincoln | Ln-25 | V1040400493 | Code 10558 | $ 1,800 |
| Hguger | Rota Broach | 766058 | Rota Broach | $ 800 |
| Hguger | Rota Broach | 76530 | Rota Broach | $ 800 |
| Steel Max | Rota Broach | OS AX 2915 | Rota Broach | $ 1,200 |
| Heck Bevel | Heck Bevel 8000 | 1185  W0608240376 | Bevel | $ 3,200 |
| Heck Bevel | Heck Bevel 8000 | 1185  W0105900381 | Bevel | $ 3,200 |
| Jet | JBG-8A | 6030426 | 8" Bench Grinder | $ 100 |
| Steel Max | 2802 | 2802B-64909 | Skill Saw | $ 350 |
| Wilton | 4202A | 7040711 | Upright Sander | $ 2,200 |
| IR | Impact | Impact | 3/4" | $ 400 |
| Dewalt | type 100 | 010274200329-11 | Grinder 6" Straight | $ 120 |
| Flex | LP | 1503VR | Grinder | $ 1,000 |
| Jet | JSG-0420 | 60169 | Disk Sander | $ 80 |
| Jet | JSG-0404 | 60160 | Disk Sander | $ 80 |
| Jet | JSG-0404 | 60161 | Disk Sander | $ 80 |
| Lathe | | | Rolaid Turn 35 | $ 2,500 |
| Power Team | P159 | 0204AL 26535 | | $ 3,600 |
| Ram | C | RSS1002 | Tom Ram | $ 1,000 |
| Milwaukee | Band Saw | 678J406451418 | Band Saw | $ 500 |
| Milwaukee | CAT 0300-20 | 070A507110259 | 1/2" Drill | $ 100 |
| Sander | | 36934/254037 | Flex right angle sander | $ 80 |
| Bogo systems | | 9708-03805 | | $ 3,200 |
| Bogo systems | | 01901135023 PD01 | | $ 3,200 |
| Bogo systems | | 120-150 | | $ 3,200 |
| Milwaukee | JigSaw | A21A705070490 | Jig Saw | $ 500 |
| Porter Cable | Band Saw | 049153A6994 | Band Saw | $ 500 |
| Craftsman | 3" Belt Sander | A3106 | 3" Belt Sander | $ 120 |
| Porter Cable | | SN997406 | 5" Sander | $ 100 |
| Best Welds | | LJ220146F | Coolmate | $ 800 |
| Miller | 4 | SNLH270196F | Coolmate 4 | $ 800 |
| Bernard | | | Cooler | $ 800 |
| Miller | 4 | LG060188F | Coolmate 4 | $ 800 |
| Miller | 4 | LF323990 | Coolmate 4 | $ 800 |
| Miller | 4 | KD382490 | Coolmate 4 | $ 800 |
| Miller | 4 | KF992219 | Coolmate 4 | $ 800 |
| Pythoit | Mig Gun | | Mig Gun | $ 1,000 |
| Lincoln | Mig Gun | 400 | Mig Gun | $ 2,300 |
| Profax | Water Cooled | | Mig gun | $ 1,500 |
| Ryobi | 10" table saw | X070540291 | Table saw | $ 210 |
| Miller | Dynasty 350 | MA410263L | Tig Welder | $ 12,000 |
| Walter | Surfx 203 | | weld cleaner | $ 1,200 |
| Walter | Surfx 203 | | weld cleaner | $ 1,200 |
| Flatbed Truck | 2003 GMC | | 2003 GMC Flatbed Truck | $ 9,924 |
| Clark | | 036500699452 eb | Fork Truck - 6,000 lb. | $ 9,146 |
| Catapilar 90 | Model GPI45 Type EP | | Fork Truck | $ 12,000 |
| Catapilar | Model GP30 Type LP | AM04681 | Fork Truck | $ 10,000 |
| Szizzor | CM2033 JLG | | Scizzor Lift] | $ 2,000 |
| Boldini | Model BSA14 | 2575 | Angle Bending Roll with skid of dies | |
| | | | | $ 534,673 |