# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Vertex Fab & Design, LLC          Case Number: 15-11803          Ch: 7

**MOVANT/APPLICANT/PARTIES:**

#26 Motion of Trustee Lassman for Authority to Sell Certain Assets Located at 29 Abbey Lane, Middleboro, MA and For Order Concerning Access to Premises (Ashley Wyman)
#35 Objection of Tendco R&D Corporation (Gary Cruickshank)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
#26 ___DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. The objection having been withdrawn in open court and for the reasons stated on the record, the motion is granted. Counsel to the Trustee shall submit a proposed order by September 9, 2015 at 4:30 p.m.

IT IS SO NOTED:                                    IT IS SO ORDERED:

_____                    _____ Dated: 09/08/2015
Courtroom Deputy                                   Joan N. Feeney, U.S. Bankruptcy Judge