UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>VERTEX FAB & DESIGN, LLC<br><br>Debtor. | CHAPTER 7<br>CASE NO. 15-11803-JNF |

**CHAPTER 7 TRUSTEE'S MOTION TO CONDUCT RULE 2004 EXAMINATION OF THE KEEPER OF THE RECORDS OF SANTANDER BANK**

Donald Lassman, the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Vertex Fab & Design, LLC (the "Debtor"), hereby moves this Court for the entry of an order authorizing the Trustee to conduct an examination of the Keeper of Records of Santander Bank ("Santander"), pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

In support of this Motion, the Trustee states as follows:

1. On May 5, 2015, the Debtor filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code (the "Petition Date").

2. On May 6, 2015, the Trustee was appointed as the Chapter 7 Trustee of the bankruptcy estate of the Debtor.

3. During the time the Debtor was in operating, the Debtor maintained checking, savings and/or investment accounts with Santander.

4. The Trustee requires the testimony under oath of the Keeper of Records of Santander as part of the Trustee's investigation concerning the transfer of funds from the Debtor's accounts within the two year period prior to the Petition Date.

5.  The Trustee believes that the taking of a Rule 2004 examination of Santander is in the best interest of the bankruptcy estate.

WHEREFORE, the Trustee requests the entry of an Order authorizing a Rule 2004 Examination of the Keeper of Records of Santander Bank at the offices of Murtha Cullina LLP, 99 High Street, Boston, Massachusetts on November 18, 2015 at 10:00 a.m., with document production to be accomplished by November 13, 2015 by 4:00 p.m. as more fully described in <u>Exhibit A</u> attached hereto.

Respectfully submitted,

DONALD LASSMAN, CHAPTER 7 TRUSTEE OF
THE ESTATE OF VERTEX FAB & DESIGN, LLC,

By his attorneys,

/s/ Ashley S. Whyman
Mark G. DeGiacomo, Esq. BBO #118170
Ashley S. Whyman, Esq. BBO #670507
Murtha Cullina LLP
99 High Street
Boston, MA  02110
617-457-4000 Telephone
617-482-3868 Facsimile
mdegiacomo@murthalaw.com
awhyman@murthalaw.com

Dated: November 3, 2015

6600510v1

## EXHIBIT A

Pursuant to Rule 2004(c) and Rule 9016 of the Federal Rules of Bankruptcy Procedure, the Trustee hereby requests that Santander Bank produce each and every document identified below, to be received at the office of Murtha Cullina LLP, 99 High Street, 20th Floor, Boston, Massachusetts 02110 by the deadline set forth in the Motion.

## INSTRUCTIONS

1. You are required to produce each document as described below that is in your custody and control, or in the custody and control of your agents, employees, or attorney(s).

2. The past tense shall be construed to include the present tense and vice-versa to make the request inclusive rather than exclusive.

3. The singular shall be construed to include the plural and vice versa to make the request inclusive rather than exclusive.

## DEFINITIONS

As used herein, the following terms shall have the meanings indicated below:

1. The term "Debtor" shall mean Vertex Fab & Design, LLC and any of its agents, representatives, and anyone acting or purporting to act on its behalf.

2. As used in this request, the term "document" is equal in scope with the definition contained in Fed. R. Civ. P. 34 and includes, but is not limited to, any papers, writings, notes, contracts, memoranda, reports, financial records, computer or other business machine records, communications sent via any electronic means, included but not limited to Internet and extranet compilations or written or graphic material stored in a tangible, electronic, mechanical or electric form, or any representation of any kind, including but not limited to, materials stored on or in computer disks, networks, mainframes, hard drives, CD-ROM, tapes or other forms of memory as well as back-up and deleted files of any computer storage device or media, whether located on or off site, from which the information can be obtained, as well as any draft, non-identical copy, and/or translation of the foregoing.

3. The terms "and" and "or" shall, where the context permits, be construed as "and/or", so as to be inclusive rather than exclusive.

4. The term "concerning" means referring to, relating to, describing, evidencing or constituting.

# **REQUESTS**

**REQUEST NO. 1**

Any and all bank statements and cancelled checks concerning the Debtor's accounts at Santander Bank as follows:

(i)      Account No. ending in 2639 for the time period 5/1/13 – 5/31/15; and
(ii)     Account No. ending in 2647 for the time period 5/1/13 – 5/31/15.