# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF  MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| VERTEX FAB & DESIGN, LLC, | § | Case No. 15-11803 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DONALD R. LASSMAN, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 14,035.00
*(Without deducting any secured claims)*

Assets Exempt: 0.00

Total Distributions to Claimants:  318,313.86

Claims Discharged
Without Payment:  2,088,245.02

Total Expenses of Administration:  714,825.26

3) Total gross receipts of $ 1,033,139.12  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 1,033,139.12  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 750,000.00 | $ 60,000.00 | $ 60,000.00 | $ 60,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 714,825.26 | 714,825.26 | 714,825.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 32,541.53 | 32,541.53 | 32,541.53 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,623,370.44 | 1,052,409.83 | 850,189.53 | 225,772.33 |
| **TOTAL DISBURSEMENTS** | $ 2,373,370.44 | $ 1,859,776.62 | $ 1,657,556.32 | $ 1,033,139.12 |

4)  This case was originally filed under chapter 7 on  05/05/2015 .  The case was pending for 43 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/05/2018                      By:/s/DONALD R. LASSMAN, Trustee
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1121-000 | 545.00 |
| PETTY CASH | 1129-000 | 594.12 |
| MACHINERY, FIXTURES AND EQUIPMENT | 1129-000 | 207,000.00 |
| successor liability claim | 1241-000 | 825,000.00 |
| TOTAL GROSS RECEIPTS | | $ 1,033,139.12 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RECOVERY CAPITAL LLC | 4210-000 | 750,000.00 | 50,000.00 | 50,000.00 | 50,000.00 |
| | RECOVERY CAPITAL LLC | 4210-000 | NA | 10,000.00 | 10,000.00 | 10,000.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 750,000.00 | $ 60,000.00 | $ 60,000.00 | $ 60,000.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:DONALD R. LASSMAN | 2100-000 | NA | 54,244.17 | 54,244.17 | 54,244.17 |
| INTERNATIONAL | 2300-000 | NA | 34.55 | 34.55 | 34.55 |
| INTERNATIONAL SUREITES, LTD | 2300-000 | NA | 57.42 | 57.42 | 57.42 |
| TENDCO R & D CORP. | 2410-000 | NA | 35,000.00 | 35,000.00 | 35,000.00 |
| TENDCO R & D CORPORATION | 2500-000 | NA | 62,000.00 | 62,000.00 | 62,000.00 |
| ASSOCIATED BANK | 2600-000 | NA | 8,287.71 | 8,287.71 | 8,287.71 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):MURTHA | 3210-000 | NA | 510,000.00 | 510,000.00 | 510,000.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):MURTHA | 3220-000 | NA | 6,807.82 | 6,807.82 | 6,807.82 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):VERDOLINO | 3410-000 | NA | 31,471.00 | 31,471.00 | 31,471.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):VERDOLINO | 3420-000 | NA | 6,922.59 | 6,922.59 | 6,922.59 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 714,825.26 | $ 714,825.26 | $ 714,825.26 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Massachusetts Department of Unemployment Legal Dept, 1st Floor Attn: Chief Counsel 19 Staniford Street Boston, MA 02114 | | 0.00 | NA | NA | 0.00 |
| 000002A | COMMONWEALTH OF MASSACHUSETTS | 5800-000 | 0.00 | 31,154.40 | 31,154.40 | 31,154.40 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | INTERNAL REVENUE SERVICE | 5800-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 000024 | TOWN OF MIDDLEBOROUGH | 5800-000 | NA | 1,387.13 | 1,387.13 | 1,387.13 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 32,541.53 | $ 32,541.53 | $ 32,541.53 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A2Z Machining 1 Wamsutta Street New Bedford, MA 02740 | | 640.00 | NA | NA | 0.00 |
| | AA Precission Machine Co., Inc 300 Currant Road Fall River, MA 02720 | | 12,056.00 | NA | NA | 0.00 |
| | ABC Disposal Service, Inc. PO Box 674207 Detroit, MI 48267 | | 624.43 | NA | NA | 0.00 |
| | ABC Testing, Inc. 90 First Street PO Box 868 Bridgewater, MA 02324 | | 1,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AIR ENERGY, INCORPORATED 6 Norfolk Avenue, South Easton, MA 02375 | | 377.95 | NA | NA | 0.00 |
| | Accountemps 12400 Collections Drive Center Chicago, IL 60693 | | 9,469.96 | NA | NA | 0.00 |
| | Accounting Management Solutions, Inc 800 South Street Suite 195 Waltham, MA 02453 | | 0.00 | NA | NA | 0.00 |
| | Admark Coatings, Inc 360 Gendron Road Unit 4 Plainfield, CT 06374 | | 3,677.50 | NA | NA | 0.00 |
| | Agilent Technologies, Inc. 4187 Collections Center Drive Chicago, IL 60693 | | 2,921.38 | NA | NA | 0.00 |
| | Airgas Safety, Inc PO Box 951884 Dallas, TX 75395 | | 269.73 | NA | NA | 0.00 |
| | American Alloy Steel PO Box 40469 Houston, TX 77240 | | 2,373.00 | NA | NA | 0.00 |
| | Anchors Unlimited 1 Anchor Drive Verona, PA 15147 | | 82.34 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arbella Insurance Group PO Box 55392 Boston, MA 02205 | | 250.00 | NA | NA | 0.00 |
| | Arcadia Manufacturing Group 80 Cohoes Ave Green Island, NY 12183 | | 469.50 | NA | NA | 0.00 |
| | Associated Marketing Systems, Inc 2 Kleen Way Holbrook, MA 02346 | | 45.00 | NA | NA | 0.00 |
| | Atlantic Fasteners 49 Heywood Ave PO Box 1168 W.Springfield, MA 01090 | | 71.61 | NA | NA | 0.00 |
| | Atlantic Rubber Company 37 Ayer Road Littleton, MA 01460 | | 135.40 | NA | NA | 0.00 |
| | Atlantic Stainless Co., Inc 140 John Dietsch Square N. Attleboro, MA 02763 | | 34,904.41 | NA | NA | 0.00 |
| | B&L Mechanical, Inc. PO Box 6682 Greenville, SC 29606 | | 443.42 | NA | NA | 0.00 |
| | B-C Industries 12 Hawksley Rd Oxford, MA 01540 | | 3,520.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bay State Galvanizing Company, Inc. 128 Spring Street Everett, MA 02149 | | 375.00 | NA | NA | 0.00 |
| | Benoit Language Services, Inc 33 South street Northboro, MA 01532 | | 225.00 | NA | NA | 0.00 |
| | Boston Mutual Life Insurance Company 120 Royall Street Canton, MA 02021 | | 1,892.75 | NA | NA | 0.00 |
| | Brighton True-Edge Heads PO Box 630398 Cincinnati, OH 45263 | | 7,302.49 | NA | NA | 0.00 |
| | Buereau Veritas P.O. Box 277908 Atlantic, GA 30384 | | 2,182.13 | NA | NA | 0.00 |
| | CCR LLP c/o Grant Thornton 75 State Street Boston, MA 02110 | | 4,200.00 | NA | NA | 0.00 |
| | Caldon, Inc. 19 Oliver Road Enfield, CT 06082 | | 10,527.30 | NA | NA | 0.00 |
| | Capco Crane & Hoist, Inc. 58 Forest Ridge Drive Rowley, MA 01969 | | 4,365.25 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carolina Fabricators, Inc. 3831 Hwy 321 W. Columbia, SC 29169 | | 1,383.00 | NA | NA | 0.00 |
| | Cashins & Associates Inc. 599 North Ave #8 Wakefield, MA 01880 | | 1,230.00 | NA | NA | 0.00 |
| | Central Massachusetts Machine 529 South East Street Holyoke, MA 01040 | | 0.00 | NA | NA | 0.00 |
| | Central Steel Service, Inc. PO Box 1506 Pelham, AL 35124 | | 2,792.50 | NA | NA | 0.00 |
| | Chicago Industrial Fasteners, LLC C/o Summit Financial Resources LP 4911 Solution Center Chicago, IL 60677 | | 1,070.16 | NA | NA | 0.00 |
| | Comcast PO Box 1577 Newark, NJ 07101 | | 350.92 | NA | NA | 0.00 |
| | Commercial Metal Forming P.O. Box 599 1775 Logan Ave Youngstown, OH 44501 | | 19,912.68 | NA | NA | 0.00 |
| | Copier Resource, Inc. PO Box 805 68 South Maine Street Assonet, MA 02072 | | 120.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DSCI 1 SUNDIAL AVENUE SUITE 414 MANCHESTER, NH 03103 | | 924.02 | NA | NA | 0.00 |
| | Diamond Technical services 11 Depot Street S. Grafton, MA 01560 | | 3,235.00 | NA | NA | 0.00 |
| | Digital Insurance, Inc. Attn Sheelah Gault 400 Gallaria Parkway Suite 300 Atlanta, GA 30339 | | 100.00 | NA | NA | 0.00 |
| | Dolliff & Company Inc. PO Box 9118 Chelsea, MA 02150 | | 510.14 | NA | NA | 0.00 |
| | East Coast Express 72 Liberty Street Plymouth, MA 02360 | | 246.00 | NA | NA | 0.00 |
| | Eastern Metal Industries 910 R Broadway Route 1 Saugus, MA 01906 | | 15,720.00 | NA | NA | 0.00 |
| | Eastern Scientific Sales & Service, LLC. 301 Winter Street, #E Hanover, MA 02339 | | 2,532.00 | NA | NA | 0.00 |
| | Electro Rent Corporation 1770 Corporate Drive Suite 550 Norcross, GA 30093 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Entegee, Inc. PO Box 4410 Boston, MA 02211 | | 19,372.44 | NA | NA | 0.00 |
| | FIRST Insurance Funding Corp PO Box 66468 Chicago, IL 60666 | | 3,683.48 | NA | NA | 0.00 |
| | Fleet Couriers 108 Middlesex St. Ste 8 No. Chelmsford, MA 01863 | | 733.54 | NA | NA | 0.00 |
| | Fraser Molloy P.O. Box 202 Lincoln, MA 01773 | | 1,212.40 | NA | NA | 0.00 |
| | Galaxy Fasteners 101 Telmomre Road East Greenwch, RI 02818 | | 7,118.73 | NA | NA | 0.00 |
| | General Sandblasting 45 Turnpike Street West Bridgewater, MA 02379 | | 250.00 | NA | NA | 0.00 |
| | Green Machine 5 Providence Road Sutton, MA 01590 | | 6,635.00 | NA | NA | 0.00 |
| | Griffin Bolt, LLC. PO Box 280226 East Hartford, CT 06128 | | 18,014.08 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Guangzhou Qingsui Machinery Mfg C0. LTD No 3 Meishan North Road Nancun Town; Panyu district Guangzhou, China 00051-1442 | | 0.00 | NA | NA | 0.00 |
| | HR Concepts, LLC 11 Charles Street Manchester, NH 03101 | | 4,207.35 | NA | NA | 0.00 |
| | Hadco Metal Trading Co., LLC. 2811 Charter Road Philadelphia, PA 19154 | | 0.00 | NA | NA | 0.00 |
| | Harnum Industries LTD PO Box 339 Methuen, MA 01844 | | 11,275.00 | NA | NA | 0.00 |
| | Haun Welding Supply Inc. Josh Haun 5921 Court Street Road Syracuse, NY 13206 | | 477.83 | NA | NA | 0.00 |
| | Helco Safety Equipment Corp. 44 Pauline Street Winthrop, MA 02152 | | 276.70 | NA | NA | 0.00 |
| | Huntington Mechanical laboratories, Inc. 13355 Nevada City Avenue Grass Valley, CA 95945 | | 1,294.82 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IN-CAL 71C Pine Road Hudson, NH 03051 | | 3,083.02 | NA | NA | 0.00 |
| | Intergrated Products & Rubber Co. 2908 Whitehorse Ave Kettering, OH 45420 | | 749.03 | NA | NA | 0.00 |
| | Intertek Testing Sevices NA, Inc. PO Box 405176 Atlanta, GA 30384 | | 6,202.38 | NA | NA | 0.00 |
| | JM Engineering & Designs Inc 36 Buchanan Crescent Brantford, ON N3P2A5 | | 4,230.00 | NA | NA | 0.00 |
| | Jacquet Mid Atlantic, Inc. 191 South Keim Street Suite 108 Pottstown, PA 19464 | | 2,680.43 | NA | NA | 0.00 |
| | James Duva, Inc. 66B Columbia Road Branchburg, NJ 08876 | | 2,964.17 | NA | NA | 0.00 |
| | Jaramillo, Sergio 172 Broadway, #176 Chelsea, MA 02150 | | 0.00 | NA | NA | 0.00 |
| | John Shurtleff 5121 S 110 East Ave Tulsa, OK 74146 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | K & B Equipment PO Box 66 Rochester, MA 02770 | | 2,022.50 | NA | NA | 0.00 |
| | K & S Tool & Die N8145 Maple Street Ixonia, WI 53036 | | 2,373.00 | NA | NA | 0.00 |
| | Kessler Machine & Fabricators 283 Neponset Street Canton, MA 02021 | | 240.00 | NA | NA | 0.00 |
| | Laser Process Mfg., Inc 2 Centennial Drive Peabody, MA 01960 | | 2,192.39 | NA | NA | 0.00 |
| | Liberty Mutual Insurance Group PO Box 7247-0109 Philadelphia, PA 19170 | | 0.00 | NA | NA | 0.00 |
| | Lincoln Electric PO Box 644248 Pittsburgh, PA 15264 | | 0.00 | NA | NA | 0.00 |
| | MSC Industrial Supply Co. Dept CH 0075 Palatine, IL 60055 | | 11,141.61 | NA | NA | 0.00 |
| | MacLellan Company 121 Felton street Waltham, MA 02453 | | 1,116.50 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Main Source Inc. Paul C. Cabot 14 Celina Avenue Nashua, NH 03063 | | 1,567.24 | NA | NA | 0.00 |
| | Marco Rubber 35 Woodworkers Way Seabrook, NH 03874 | | 125.00 | NA | NA | 0.00 |
| | Mass Tank sales Corp 29 Abbey Lane Middleboro, MA 02346 | | 3,421.04 | NA | NA | 0.00 |
| | McMaster-Carr 473 Ridge Road Dayton, NJ 08810 | | 186.30 | NA | NA | 0.00 |
| | Memphis Control Center, Inc. 584 Tillman Street, Suite #6 P.O. Box 40510 Memphis, TN 38174 | | 975.64 | NA | NA | 0.00 |
| | Metals USA Plates & Shapes 10 Tower Road Seekonk, MA 02771 | | 0.00 | NA | NA | 0.00 |
| | MidCity Steel 275 State Rd P.O. Box 820 Westport, MA 02790 | | 4,351.53 | NA | NA | 0.00 |
| | Middleboro, Town of PO Box 832 Middleboro, MA 01867 | | 1,903.63 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Morgan Advanced Materials Len Milaszewski PO Box 923 Augusta, GA 30903 | | 3,503.12 | NA | NA | 0.00 |
| | Muldoon Metals LLC 33 Kensington Drive Sandwich, MA 02563 | | 451.04 | NA | NA | 0.00 |
| | Nameplates for Industry, Inc. 213 Theodore Rice Blvd New Bedford, MA 02745 | | 1,836.73 | NA | NA | 0.00 |
| | New Bedford Welding Supply PO Box 951 New Bedford, MA 02741 | | 1,397.19 | NA | NA | 0.00 |
| | New England Rent-All Equipment, Inc. 5 Main Street Lakeville, MA 02347 | | 852.00 | NA | NA | 0.00 |
| | New England Sandblast & Paint 221 Cranberry Hwy West Wareham, MA 02576 | | 3,257.50 | NA | NA | 0.00 |
| | New Penn Motor Express, Inc. 24801 Network Place Chicago, IL 60673 | | 174.02 | NA | NA | 0.00 |
| | Nissan Motor Acceptance Corp P.O. Box 660360 Dallas, TX 75266 | | 72.87 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northeast Industrial Technologies, Inc. 1616 Hyde Park Ave Hyde Park, MA 02136 | | 169.00 | NA | NA | 0.00 |
| | Norton Equipment Rental, Inc. 380 Old Colony Road Norton, MA 02766 | | 750.00 | NA | NA | 0.00 |
| | O'Neal Steel, Inc. 744 41st Street North Birmingham, AL 35222 | | 1,006.96 | NA | NA | 0.00 |
| | One CIS Insurance PO Box 277908 Atlanta, GA 30384 | | 2,182.13 | NA | NA | 0.00 |
| | Paul Younker 35 Texas Street Marshfield, MA 02050 | | 885.00 | NA | NA | 0.00 |
| | Peterson Steel Corporation 61 West Mountain Road PO Box 60328 Worcester, MA 01606 | | 240.50 | NA | NA | 0.00 |
| | Phoenix Forging Co. 800 Front Street Catasauqua, PA 18032 | | 115.52 | NA | NA | 0.00 |
| | Pilgrim Instrument & Controls, Inc. 38 Union Street East Walpole, MA 02032 | | 330.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Piping Technology & Products, Inc. PO Box 34506 Houston, TX 77234 | | 896.50 | NA | NA | 0.00 |
| | Plainville Machine Co. 65 Ronzo Road Bristol, CT 06010 | | 0.00 | NA | NA | 0.00 |
| | Poland Spring PO Box 856192 Louisville, KY 40285 | | 289.40 | NA | NA | 0.00 |
| | Praxair Distribution, Inc Dept CH 10660 Palentine, IL 60055 | | 74,591.83 | NA | NA | 0.00 |
| | Premco, Inc. 55 Research Road Hingham, MA 02043 | | 1,249.50 | NA | NA | 0.00 |
| | Prescor, Inc P.O. Box 9856 Tulsa, OK 74157 | | 280.00 | NA | NA | 0.00 |
| | Promat 1731 Fred Lawson Dr. Maryville, TN 37801 | | 1,529.34 | NA | NA | 0.00 |
| | QSC Forge 2260 S.Archibald Ave Bldg A Ontario, CA 91761 | | 95,310.00 | NA | NA | 0.00 |
| | Radke Erica 29 Junction Circle Attleboro, MA 02703 | | 0.00 | NA | NA | 0.00 |
| | Ryerson Steel 45 Saratoga Blvd Devens, MA 01434 | | 193,640.19 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | S&T Precission Plate Cutting, Inc. 205 Commercial street Rear Whitman, MA 02382 | | 11,738.62 | NA | NA | 0.00 |
| | SPD PO Box 2 North Reading, MA 01864 | | 180.25 | NA | NA | 0.00 |
| | Shrink Wrap Solutions 1065 Progress Circle Lawrenceville, GA 30043 | | 439.68 | NA | NA | 0.00 |
| | Smusz Daniel 56 Hillcrest Avenue Attleboro, MA 02703 | | 0.00 | NA | NA | 0.00 |
| | Speedy Metals LLC 2505 S 162nd Street New Berlin, WI 53151 | | 4,719.47 | NA | NA | 0.00 |
| | Sprint 6391 Sprint Parkway Overland Park, KS 66251 | | 0.00 | NA | NA | 0.00 |
| | Steel Industries, Inc. PO Box 842282 Dallas, TX 75284 | | 13,550.00 | NA | NA | 0.00 |
| | Sterling Seal & Supply Inc 541 Johns Road Apopka, FL 32703 | | 1,107.86 | NA | NA | 0.00 |
| | TEK Stainless Piping Products P.O. Box 1656 Zachary, LA 70791 | | 809.98 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TRI-STATE Fasteners 65 Vineyard Road Seekonk, MA 02771 | | 214.25 | NA | NA | 0.00 |
| | ThomasNet Dept CH 14193 Palatine, IL 60055 | | 0.00 | NA | NA | 0.00 |
| | Tierney & Dalton Associated, Inc. 89 Cliff Street PO Box 652 Douglas, MA 02346 | | 810.00 | NA | NA | 0.00 |
| | Tioga Pipe Supply Company, Inc 2450 Wheatsheaf Lane Philadelphia, PA 19137 | | 257.55 | NA | NA | 0.00 |
| | Triangle Engineering, Inc. 6 Industrial Way Hanover, MA 02339 | | 2,340.00 | NA | NA | 0.00 |
| | Turner Steel 128 North Main Street PO Box 399 West Bridgewater, MA 02379 | | 0.00 | NA | NA | 0.00 |
| | United Parcel Service 55 Glenlake Parkway NE Atlanta, GA 30328 | | 4.47 | NA | NA | 0.00 |
| | Vanguard Cleaning Systems 21 Douglas Ave Providence, RI 02908 | | 1,620.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vector Transport PO Box 3292 Tupelo, MS 38803 | | 1,059.95 | NA | NA | 0.00 |
| | Vertex Rail Technologies, LLC 603 West Street Mansfield, MA 02048 | | 672,000.00 | NA | NA | 0.00 |
| | W.R. Sharples Company, Inc. 211 John Dietsch Square N. Attleboro, MA 02763 | | 6,765.00 | NA | NA | 0.00 |
| | Zee Medical, Inc. PO Box 781433 Indianapolis, IN 46278 | | 95.65 | NA | NA | 0.00 |
| 000010 | AIRGAS USA, LLC | 7100-000 | 15,441.89 | 20,110.18 | 20,110.18 | 5,483.61 |
| 000027 | BOTELHO & ASSOCIATES, LLC | 7100-000 | 13,916.33 | 15,331.16 | 15,331.16 | 4,180.48 |
| 000001 | CARR LANE MFG COMPANY | 7100-000 | 4,903.30 | 4,976.85 | 4,976.85 | 1,357.08 |
| 000004 | CHANT ENGINEERING | 7100-000 | 0.00 | 180,276.00 | 180,276.00 | 49,157.37 |
| 000023 | FASTENAL COMPANY | 7100-000 | 1,099.03 | 1,166.45 | 1,166.45 | 318.07 |
| 000018 | FEDEX TECHCONNECT, INC. | 7100-000 | 1,724.00 | 1,724.76 | 1,724.76 | 940.60 |
| 000008 | GREGORY A. RAMSEY, ESQ. C/O STEEL F | 7100-000 | NA | 21,781.43 | 21,781.43 | 5,939.33 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000020 | H&S TOOL AND ENGINEERING, INC. | 7100-000 | 3,485.00 | 3,485.00 | 3,485.00 | 950.28 |
| 000013 | HEAT TREATING INCORPORATED | 7100-000 | 47,230.05 | 59,940.96 | 59,940.96 | 16,344.60 |
| 000006 | KFORCE, INC. | 7100-000 | 9,720.28 | 14,786.29 | 14,786.29 | 4,031.90 |
| 000007 | MESERVE ELECTRIC INC. | 7100-000 | 5,624.17 | 5,661.63 | 5,661.63 | 1,543.80 |
| 000022 | MIRACLE NETWORKING SOLUTIONS, INC. | 7100-000 | 1,241.08 | 834.09 | 834.09 | 0.00 |
| 000012 | NORTHEAST FREIGHTWAYS, INC. | 7100-000 | 1,790.00 | 1,790.00 | 1,790.00 | 488.09 |
| 000009 | NORTHLAND INDUSTRIAL TRUCK CO., INC | 7100-000 | 9,686.79 | 9,686.79 | 9,686.79 | 2,641.38 |
| 000016 | P.A. FLORINDO EXCAVATING CONTRACTOR | 7100-000 | 11,506.58 | 18,256.58 | 11,506.58 | 3,137.60 |
| 000011 | PIERCE ALUMINUM COMPANY, INC | 7100-000 | 41,422.82 | 15,557.59 | 15,557.59 | 4,242.22 |
| 000026 | PRAXAIR DISTRIBUTON, INC. | 7100-000 | 0.00 | 83,176.34 | 83,176.34 | 22,680.39 |
| 000025 | RECOVERY CAPITAL LLC | 7100-000 | NA | 242,000.00 | 242,000.00 | 65,988.17 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | SIMPSON GUMPERTZ & HEGER, INC. | 7100-000 | 5,500.00 | 12,352.85 | 12,352.85 | 3,368.36 |
| 000019 | TENDCO R& D CORPORATION | 7100-000 | 53,719.63 | 21,845.48 | 21,845.48 | 0.00 |
| 000021 | TENDCO R& D CORPORATION | 7100-000 | NA | 294,541.46 | 99,541.46 | 27,142.81 |
| 000003 | TMH MACHINING & WELDING, CORP. | 7100-000 | 1,304.00 | 1,304.00 | 1,304.00 | 355.57 |
| 000017 | UNIFIRST CORPORATION | 7100-000 | 8,354.32 | 19,950.59 | 19,950.59 | 5,440.10 |
| 000015 | WB MASON CO., INC. | 7100-000 | 1,873.35 | 1,873.35 | 1,873.35 | 510.82 |
| | FEDEX | 7100-002 | NA | 0.00 | -470.30 | -470.30 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,623,370.44 | $ 1,052,409.83 | $ 850,189.53 | $ 225,772.33 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 15-11803 | JNF | Judge: JOAN N. FEENEY |
| Case Name: | VERTEX FAB & DESIGN, LLC, | | |

For Period Ending:  11/05/18

| Trustee Name: | DONALD R. LASSMAN, Trustee |
| Date Filed (f) or Converted (c): | 05/05/15 (f) |
| 341(a) Meeting Date: | 06/11/15 |
| Claims Bar Date: | 09/09/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PETTY CASH | 575.00 | 575.00 | | 594.12 | FA |
| 2. BANK ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNTS | 35.00 | 35.00 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE | 146,000.00 | 20,000.00 | | 545.00 | FA |
| 5. 2003 GMC Flatbed | 9,000.00 | 5,000.00 | | 0.00 | FA |
| 6. MACHINERY, FIXTURES AND EQUIPMENT   awaiting results of auction sale for possible additional proceeds | Unknown | 100,000.00 | | 207,000.00 | FA |
| 7. successor liability claim (u) | Unknown | 10,000.00 | | 825,000.00 | FA |
| 8. cubes desks computers chairs | 5,000.00 | 100.00 | OA | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $160,610.00 | $135,710.00 | | $1,033,139.12 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

working on sale of inventory and equipment and exploring possible successor liablity claims.  hire counsel to pursue.
June 13, 2015, 10:54 pm

working on sale papers and on motion to compromise controversy with landlord and V & L has completed review of A/R and
is ready to discuss next steps in the collection process.  July 06, 2015, 04:27 pm

sale approved and working on claw back actions. September 13, 2015, 01:23 pm

sale completed - no more proceeds available. explroing c/a against Rail and alos starting collectin process. October 24,

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

### ASSET CASES

Page:   2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 15-11803   JNF   Judge: JOAN N. FEENEY | Trustee Name: | DONALD R. LASSMAN, Trustee |
| Case Name: | VERTEX FAB & DESIGN, LLC, | Date Filed (f) or Converted (c): | 05/05/15 (f) |
| | | 341(a) Meeting Date: | 06/11/15 |
| | | Claims Bar Date: | 09/09/15 |

2015, 04:50 pm

filing 2004 motion for bank records from rockland trust November 02, 2015, 09:52 pm

counsel interveiwing witnesses regading asset transfers to vertex rail in south carolina.  February 23, 2016, 03:01 pm

counsel pursuing demand against other entity.  March 30, 2016, 02:30 pm

deamdn lettter send to VRC for return of value taken from debtor.  May 04, 2016, 02:51 pm

demand leter, sent, reply received, compalint drafted ffor vertex rail successor liablity claim.  August 02, 2016, 09:26 am

answers filed in AP.  October 18, 2016, 07:26 pm

parties working on disclosures and defendants have requested a jury trial . October 22, 2016, 06:00 pm

have had settlement discussions,  trial proceeding.  March 18, 2017, 04:12 pm

depo notices going out to all parties.  June 01, 2017, 02:30 pm

discovery proceeding on defendants and defendants suggesting possible settlement overture.   September 24, 2017, 02:04 pm

settlement acheived and working on settlement documents.  October 20, 2017, 11:51 am

settlement filed and awaiting approval. November 22, 2017, 09:52 am

stipulation approved.  November 23, 2017, 07:50 am

awaiting stip for payment of $50k to secured creditor on admin loan. January 25, 2018, 04:38 pm

resovling claim of recovery capital and records destriuction. January 30, 2018, 11:42 am

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 15-11803     JNF    Judge: JOAN N. FEENEY | Trustee Name: | DONALD R. LASSMAN, Trustee |
| Case Name: | VERTEX FAB & DESIGN, LLC, | Date Filed (f) or Converted (c): | 05/05/15 (f) |
| | | 341(a) Meeting Date: | 06/11/15 |
| | | Claims Bar Date: | 09/09/15 |

record destruciton approved. just waiting for approval of admin claim for creditot  and once get fee app from counse,

canfile tfr.  February 20, 2018, 11:32 am

Initial Projected Date of Final Report (TFR): 12/31/16          Current Projected Date of Final Report (TFR): 06/30/18

# FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

**Exhibit 9**

| | | |
|---|---|---|
| Case No: | 15-11803 -JNF | |
| Case Name: | VERTEX FAB & DESIGN, LLC, | |

Taxpayer ID No: *******1311
For Period Ending: 11/05/18

Trustee Name: DONALD R. LASSMAN, Trustee
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******3443  Checking Account

Blanket Bond (per case limit): $ 27,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/24/15 | 1 | VERDOLINO & LOWEY | TURNOVER OF PETTY CASH | 1129-000 | 594.12 | | 594.12 |
| | | | deposit actually made and cleared on June 23, 2015. | | | | |
| 08/04/15 | 030001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM | 2300-000 | | 0.41 | 593.71 |
| | | SUITE 420 | BONDNUMBER 016027600 | | | | |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 08/09/15 | 6 | HEATH INDUSTRIAL AUCTION SERVICES,INC. | DEPOSIT FOR EQUIPMENT SALE | 1129-000 | 40,000.00 | | 40,593.71 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.07 | 40,550.64 |
| 09/27/15 | 6 | HEATH INDUSTRIAL AUCTION SERVICES,INC. | GUARANTEED PAYMENT FROM AUCTIONEER | 1129-000 | 167,000.00 | | 207,550.64 |
| 09/28/15 | 030002 | TENDCO R & D CORP. | ALLOWED USE AND OCCUPANCY | 2410-000 | | 35,000.00 | 172,550.64 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.35 | 172,476.29 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 256.37 | 172,219.92 |
| 11/10/15 | 4 | AG INDUSTRIES | PAYMENT ON ACCOUNT | 1121-000 | 545.00 | | 172,764.92 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 248.32 | 172,516.60 |
| 12/15/15 | 030003 | TENDCO R & D CORPORATION | PAYMENT PER COURT APPROVED STIPULATION at document 52 | 2500-000 | | 62,000.00 | 110,516.60 |
| 12/27/15 | 030004 | RECOVERY CAPITAL LLC | PAYMENT PER COURT APROVED STIPULATION at document number 27 | 4210-000 | | 10,000.00 | 100,516.60 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 214.87 | 100,301.73 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 160.66 | 100,141.07 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 139.27 | 100,001.80 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 148.67 | 99,853.13 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 143.67 | 99,709.46 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 148.23 | 99,561.23 |

Page Subtotals    208,139.12    108,577.89

Ver: 20.02

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 28)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

**Exhibit 9**

| | |
|---|---|
| Case No: | 15-11803  -JNF |
| Case Name: | VERTEX FAB & DESIGN, LLC, |

| | |
|---|---|
| Trustee Name: | DONALD R. LASSMAN, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3443  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******1311 |
| For Period Ending: | 11/05/18 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 27,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 143.25 | 99,417.98 |
| 08/01/16 | 030005 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA  70139 | BOND PAYMENT BOND NUMBER 016027600 | 2300-000 | | 34.14 | 99,383.84 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 147.81 | 99,236.03 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 147.53 | 99,088.50 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 142.57 | 98,945.93 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 147.10 | 98,798.83 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 142.15 | 98,656.68 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 146.67 | 98,510.01 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 146.47 | 98,363.54 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 132.09 | 98,231.45 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 146.04 | 98,085.41 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 141.12 | 97,944.29 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 145.60 | 97,798.69 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 140.71 | 97,657.98 |
| 08/03/17 | 030006 | INTERNATIONAL SUREITES, LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA  70139 | | 2300-000 | | 57.42 | 97,600.56 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 145.21 | 97,455.35 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 144.91 | 97,310.44 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 140.02 | 97,170.42 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 144.46 | 97,025.96 |
| 11/09/17 | 7 | VERTEX RAILCAR CORPORATION | SETTLEMENT PAYMENT WIRE TRANSMITTED ON NOVEMBER 8, 2017 | 1241-000 | 300,000.00 | | 397,025.96 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 470.42 | 396,555.54 |
| 12/11/17 | 7 | VERTEX RAILCAR CORPORATION | SETTLEMENT PAYMENT | 1241-000 | 525,000.00 | | 921,555.54 |

|  | Page Subtotals | 825,000.00 | 3,005.69 |
|---|---|---|---|

Ver: 20.02

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 29)*

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-11803 -JNF | Trustee Name: | DONALD R. LASSMAN, Trustee |
| Case Name: | VERTEX FAB & DESIGN, LLC, | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3443  Checking Account |

| Taxpayer ID No: | *******1311 | | |
| For Period Ending: | 11/05/18 | Blanket Bond (per case limit): | $ 27,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | WIRE TRANSMITTED ON NOVEMBER 8, 2017 | | | | |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1,193.65 | 920,361.89 |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1,368.34 | 918,993.55 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1,234.11 | 917,759.44 |
| 06/28/18 | 030007 | DONALD R. LASSMAN POST OFFICE BOX 920385 NEEDHAM, MA  02492 | Chapter 7 Compensation/Fees | 2100-000 | | 54,244.17 | 863,515.27 |
| 06/28/18 | 030008 | MURTHA CULLINA, LLP 99 HIGH STREET BOSTON, MA  02110-2320 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 510,000.00 | 353,515.27 |
| 06/28/18 | 030009 | VERDOLINO & LOWEY, P.C. 124 WASHINGTON STREET FOXBORO, MA  02035 ATTN:  CRAIG R. JALBERT | Accountant for Trustee Fees (Other | 3410-000 | | 31,471.00 | 322,044.27 |
| 06/28/18 | 030010 | MURTHA CULLINA, LLP 99 HIGH STREET BOSTON, MA  02110-2320 | Attorney for Trustee Expenses (Othe | 3220-000 | | 6,807.82 | 315,236.45 |
| 06/28/18 | 030011 | VERDOLINO & LOWEY, P.C. 124 WASHINGTON STREET FOXBORO, MA  02035 ATTN:  CRAIG R. JALBERT | Accountant for Trustee Expenses (Ot | 3420-000 | | 6,922.59 | 308,313.86 |
| 06/28/18 | 030012 | Commonwealth of Massachusetts Department of Unemployment Assistance Charles F. Hurley Building 19 Staniford Street Boston, MA 02114 | Claim 000002A, Payment 100.00% (2-1) Taxes | 5800-000 | | 31,154.40 | 277,159.46 |
| 06/28/18 | 030013 | Town of Middleborough 20 Center Street Middleborough, MA 02346 | Claim 000024, Payment 100.00% (24-1) Taxes | 5800-000 | | 1,387.13 | 275,772.33 |
| 06/28/18 | 030014 | Carr Lane Mfg Company | Claim 000001, Payment 27.27% | 7100-000 | | 1,357.08 | 274,415.25 |

| | | | Page Subtotals | 0.00 | 647,140.29 | |

Ver: 20.02

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No:  15-11803  -JNF | Trustee Name:  DONALD R. LASSMAN, Trustee |
| Case Name:  VERTEX FAB & DESIGN, LLC, | Bank Name:  ASSOCIATED BANK |
| | Account Number / CD #:  *******3443  Checking Account |
| Taxpayer ID No:  *******1311 | |
| For Period Ending:  11/05/18 | Blanket Bond (per case limit):  $ 27,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 4200 Carr Lane Court PO Box 191970 St.Louis, MO 63119 | (1-1) Account Number (last 4 digits):0651 | | | | |
| 06/28/18 | 030015 | TMH Machining & Welding, Corp. 124 Turnpike St Ste 15 West Bridgewater, MA 02379 | Claim 000003, Payment 27.27% (3-1) Account Number (last 4 digits):4266 | 7100-000 | | 355.57 | 274,059.68 |
| 06/28/18 | 030016 | Chant Engineering 59 Industrial Drive Doylestown, PA 18901 | Claim 000004, Payment 27.27% | 7100-000 | | 49,157.37 | 224,902.31 |
| 06/28/18 | 030017 | Simpson Gumpertz & Heger, Inc. c/o Howard L. Newell, Esq. P.O. Box 2589 Framingham, MA 01703 | Claim 000005, Payment 27.27% (5-1) Services rendered | 7100-000 | | 3,368.36 | 221,533.95 |
| 06/28/18 | 030018 | Kforce, Inc. 1001 East Palm Avenue Tampa, FL 33605 | Claim 000006, Payment 27.27% (6-1) Services performed | 7100-000 | | 4,031.90 | 217,502.05 |
| 06/28/18 | 030019 | Meserve Electric Inc. P.O. Box 478 East Bridgewater, MA 02333 | Claim 000007, Payment 27.27% (7-1) Electrical services performed | 7100-000 | | 1,543.80 | 215,958.25 |
| 06/28/18 | 030020 | Gregory A. Ramsey, Esq. c/o Steel Forming, Inc. d/ Twomey & Ramsey, LLP 76 Woodland Street, Suite 203 Methuen, MA 01844 | Claim 000008, Payment 27.27% (8-1) Materials  supplied, reduced Commerical Metal Forming | 7100-000 | | 5,939.33 | 210,018.92 |
| 06/28/18 | 030021 | Northland Industrial Truck Co., Inc. 6 Jonspin Road Wilmington, MA 01887 | Claim 000009, Payment 27.27% (9-1) Service repairs construction equipment | 7100-000 | | 2,641.38 | 207,377.54 |
| 06/28/18 | 030022 | Airgas USA, LLC P.O. Box 802576 Chicago, IL 60680-2576 | Claim 000010, Payment 27.27% (10-1) Goods sold & services performed | 7100-000 | | 5,483.61 | 201,893.93 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 72,521.32 |

Ver: 20.02

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 31)*

**FORM 2**

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 15-11803  -JNF | |
| Case Name: | VERTEX FAB & DESIGN, LLC, | |
| Taxpayer ID No: | *******1311 | |
| For Period Ending: | 11/05/18 | |

| | |
|---|---|
| Trustee Name: | DONALD R. LASSMAN, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3443  Checking Account |
| Blanket Bond (per case limit): | $ 27,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/28/18 | 030023 | Pierce Aluminum Company, Inc<br>34 Forge Park<br>Franklin, MA 02038 | Claim 000011, Payment 27.27%<br>(11-1) Goods sold | 7100-000 | | 4,242.22 | 197,651.71 |
| 06/28/18 | 030024 | Northeast Freightways, Inc.<br>P.O. Box 863<br>Slatersville, RI 02876 | Claim 000012, Payment 27.27%<br>(12-1) Work done for them | 7100-000 | | 488.09 | 197,163.62 |
| 06/28/18 | 030025 | Heat Treating Incorporated<br>669 Cross Points Road<br>Gahanna, MA 43230 | Claim 000013, Payment 27.27%<br>(13-1) Account Number (last 4<br>digits):9572 | 7100-000 | | 16,344.60 | 180,819.02 |
| 06/28/18 | 030026 | WB Mason Co., Inc.<br>59 Centre Street<br>Brockton, MA 02301 | Claim 000015, Payment 27.27%<br>(15-1) Goods sold | 7100-000 | | 510.82 | 180,308.20 |
| 06/28/18 | 030027 | P.A. Florindo Excavating Contractor<br>P.O.Box 580<br>West Wareham, MA 02576 | Claim 000016, Payment 27.27%<br>(16-1) Account Number (last 4<br>digits):9822 | 7100-000 | | 3,137.60 | 177,170.60 |
| 06/28/18 | 030028 | UniFirst Corporation<br>c/o Joseph T. Moen<br>Atkins Callahan, PLLC<br>1B Commons Drive, Suite 9B<br>Londonderry, NH 03053 | Claim 000017, Payment 27.27%<br>(17-1) Goods sold & services<br>performed | 7100-000 | | 5,440.10 | 171,730.50 |
| 06/28/18 | 030029 | FedEx TechConnect, Inc.<br>3965 Airways Blvd.<br>Module G, 3rd Floor<br>Memphis, TN 38116 | Claim 000018, Payment 27.27%<br>(18-1) Services performed | 7100-000 | | 470.30 | 171,260.20 |
| 06/28/18 | 030030 | H&S Tool and Engineering, Inc.<br>777 Airport Road<br>Fall River, MA 02720-4724 | Claim 000020, Payment 27.27%<br>(20-1) Account Number (last 4<br>digits):1311 | 7100-000 | | 950.28 | 170,309.92 |
| 06/28/18 | 030031 | Tendco R& D Corporation<br>29 Abbey Lane<br>Middleboro, MA 02346 | Claim 000021, Payment 27.27% | 7100-000 | | 27,142.81 | 143,167.11 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 58,726.82 |

Ver: 20.02

**FORM 2**

Page:   6

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 15-11803  -JNF |
| Case Name: | VERTEX FAB & DESIGN, LLC, |
| Taxpayer ID No: | *******1311 |
| For Period Ending: | 11/05/18 |

| | |
|---|---|
| Trustee Name: | DONALD R. LASSMAN, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3443  Checking Account |
| Blanket Bond (per case limit): | $ 27,000,000.00 |
| Separate Bond (if applicable): | |

| | 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | 06/28/18 | 030032 | Fastenal Company<br>2001 Theurer Blvd.<br>Winona, MN 55987 | Claim 000023, Payment 27.27%<br>(23-1) Goods sold | 7100-000 | | 318.07 | 142,849.04 |
| | 06/28/18 | 030033 | RECOVERY CAPITAL LLC<br>Patrick P. Dinardo, Esq.<br>Sullivan & Worcester LLP<br>One Post Office Square<br>Boston, MA 02109 | Claim 000025, Payment 27.27% | 7100-000 | | 65,988.17 | 76,860.87 |
| * | 06/28/18 | 030034 | Praxair Distributon, Inc.<br>63 County Road<br>North Falmouth, MA 02556 | Claim 000026, Payment 27.27%<br>(26-1) Goods sold | 7100-004 | | 22,680.39 | 54,180.48 |
| | 06/28/18 | 030035 | Botelho & Associates, LLC<br>901 Eastern Ave Suite 2<br>Fall River, MA 02724 | Claim 000027, Payment 27.27% | 7100-000 | | 4,180.48 | 50,000.00 |
| | 06/28/18 | 030036 | Recovery Capital LLC | Pers. Prop. & Intangibles--Consensu | 4210-000 | | 50,000.00 | 0.00 |
| | 10/02/18 | | FEDEX | RETURN OF CLAIM PAYMENT Claim No.18 | 7100-002 | | -470.30 | 470.30 |
| * | 10/03/18 | 030034 | Praxair Distributon, Inc.<br>63 County Road<br>North Falmouth, MA 02556 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -22,680.39 | 23,150.69 |
| | 10/12/18 | 030037 | Praxair Distributors<br>c/o Thomas Kalperis International<br>63 County Road<br>north Falmouth, MA  02556 | Claim No. 26 - 27.27% payment | 7100-000 | | 22,680.39 | 470.30 |
| | 10/12/18 | 030038 | FEDEX TECHCONNECT, INC.<br>REVENUE RECOVERY<br>ATTN: BANKRUPTCY DEPARTMENT<br>3965 AIRWAYS BLVD, MODULE G<br>3RD FLOOR<br>MEMPHIS, TN 38116-5017 | CLAIM NO. 18 | 7100-000 | | 470.30 | 0.00 |

Page Subtotals              0.00        143,167.11

Ver: 20.02

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:         15-11803  -JNF
Case Name:    VERTEX FAB & DESIGN, LLC,

Trustee Name:              DONALD R. LASSMAN, Trustee
Bank Name:                 ASSOCIATED BANK
Account Number / CD #:    *******3443  Checking Account

Taxpayer ID No:  *******1311
For Period Ending:  11/05/18

Blanket Bond (per case limit):  $ 27,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,033,139.12 | 1,033,139.12 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 1,033,139.12 | 1,033,139.12 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,033,139.12 | 1,033,139.12 | |
| | | | | | NET | ACCOUNT | |
| | | TOTAL - ALL ACCOUNTS | | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | Checking Account - *******3443 | | | 1,033,139.12 | 1,033,139.12 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 1,033,139.12 | 1,033,139.12 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00                0.00

Ver: 20.02

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 34)*